IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MICAELA LEA SPENCER,

    **Plaintiff,**

    v.                                                                                       CASE NO. 24-3071-JWL

JEFF ZMUDA, et al.,

    **Defendants.**

### MEMORANDUM AND ORDER

Plaintiff filed this pro se civil rights action under 42 U.S.C. § 1983. Plaintiff is incarcerated at the Topeka Correctional Facility in Topeka, Kansas. On July 30, 2024, the Court entered a Memorandum and Order to Show Cause (Doc. 5) ("MOSC") granting Plaintiff until August 12, 2024, in which to submit her ifp motion on the court-approved form and to provide her 6-month account statement as required by 28 U.S.C. § 1915(a)(2). The MOSC provides that "[f]ailure to comply by this deadline will result in dismissal of this action without prejudice and without further notice." (Doc. 5, at 17.) The Court also granted Plaintiff until August 30, 2024, in which to either show good cause why Plaintiff's Complaint should not be dismissed for the reasons set forth in the MOSC, or to file an amended complaint to cure all the deficiencies noted in the MOSC. Plaintiff has failed to submit her ifp motion on the court-approved form or her financial information, or to otherwise respond to the Court's MOSC by the deadlines set forth in the MOSC.

Rule 41(b) of the Federal Rules of Civil Procedure "authorizes a district court, upon a defendant's motion, to order the dismissal of an action for failure to prosecute or for failure to comply with the Federal Rules of Civil Procedure or 'a court order.'" *Young v. U.S.*, 316 F.

1

App'x 764, 771 (10th Cir. 2009) (citing Fed. R. Civ. P. 41(b)).  "This rule has been interpreted as permitting district courts to dismiss actions *sua sponte* when one of these conditions is met." *Id*. (citing *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–31 (1962); *Olsen v. Mapes*, 333 F.3d 1199, 1204 n.3 (10th Cir. 2003)).  "In addition, it is well established in this circuit that a district court is not obligated to follow any particular procedures when dismissing an action *without prejudice* under Rule 41(b)." *Young*, 316 F. App'x at 771–72 (citations omitted).

Plaintiff has failed to submit her ifp motion on the court-approved form or her financial information, or to otherwise respond to the Court's MOSC by the deadlines set forth in the MOSC.

**IT IS THEREFORE ORDERED THAT** this matter is **dismissed without prejudice** under Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED**.

**Dated September 3, 2024, in Kansas City, Kansas.**

<u>S/ John W. Lungstrum</u>
**JOHN W. LUNGSTRUM**
**UNITED STATES DISTRICT JUDGE**